# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40325
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 22, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

VICTOR MANUEL MENDOZA-TOLEDO,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:13-CR-1192-1

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM:*

Victor Manuel Mendoza-Toledo (Mendoza) appeals his 30-month sentence for illegal reentry on the ground that the district court erred by imposing an enhancement pursuant to U.S.S.G. § 2L1.2(b)(1)(A)(i). As Mendoza objected in the district court on this basis, we review the imposition of the enhancement de novo. *See United States v. Morales-Martinez*, 496 F.3d 356, 357 (5th Cir. 2007). We have rejected Mendoza's reading of *Moncrieffe v.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Holder*, 133 S. Ct. 1678 (2013), and his argument that a state drug conviction need involve financial remuneration to constitute a drug trafficking offense for purposes of § 2L1.2(b)(1)(A)(i).  *See United States v. Martinez-Lugo*, 782 F.3d 198, 201-05 (5th Cir. 2015) (per curiam).

AFFIRMED.